E-FILED
Monday, 24 June, 2019  08:57:24 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1

# *NATIONAL REGISTERED AGENTS, INC.*

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Todd Robenson
Konecranes, Inc..
4400 Gateway Blvd Ste 102
Springfield, OH 45502-6330

SOP Transmittal #  **535538661**

312-345-4336 - Telephone

Entity Served:  MORRIS MATERIAL HANDLING, INC.  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 23 day of May, 2019. The following is a summary of the document(s) received:

1.   **Title of Action:**  KYLE WILES and LI WILES, PLTFS. vs. MORRIS MATERIAL HANDLING, INC. AND SCHNEIDER ELECTRIC USA, INC., DFTS.

2.   **Document(s) Served:**    Other: SUMMONS, ATTACHMENT(S), COMPLAINT, AFFIDAVIT

3.   **Court of Jurisdiction/Case Number:** Tazewell County - 10th Judicial Circuit Court, IL
Case # 19L44

4.   **Amount Claimed, if any:**  N/A

5.   **Method of Service:**

   _X_ Personally served by:    _X_ Process Server    ___ Law Enforcement    ___ Deputy Sheriff    ___ U. S Marshall

   ___ Delivered Via:        ___ Certified Mail    ___ Regular Mail    ___ Facsimile

   ___ Other (Explain):

6.   **Date and Time of Receipt:**  05/23/2019 11:29:00 AM CST

7.   **Appearance/Answer Date:**  Within 30 days after the service of this summons not counting the day of service

8.   **Received From:**    Michael T. Gill            9.  **Carrier Airbill #** 1ZY041160197533926
PFAFF, GILL & PORTS, LTD.
One East Wacker Dr., Suite 3310
Chicago, IL 60601            10.  **Call Made to:** Not required
312-828-9666

11.    **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification,  TODD ROBENSON  TODD.ROBENSON@KONECRANES.COM

Email Notification,  Brad Stoll  brad.stoll@konecranes.com

Email Notification,  John Feeney  john.feeney@konecranes.com

Email Notification,  GENENIA BELLNER  genenia.bellner@konecranes.com

Email Notification,  JENNIFER GREWE  jennifer.grewe@konecranes.com

**NATIONAL REGISTERED AGENTS, INC.**                    CopiesTo:

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Todd Robenson
     Konecranes, Inc..
     4400 Gateway Blvd Ste 102
     Springfield, OH 45502-6330

SOP Transmittal #  535538661

312-345-4336 - Telephone

Entity Served:  MORRIS MATERIAL HANDLING, INC.  (Domestic State: DELAWARE)

Transmitted by   Khalilah Starks

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**TAZEWELL COUNTY, ILLINOIS**

KYLE WILES and LI WILES, )
)
       Plaintiffs, )
)
     v. )
)
MORRIS MATERIAL HANDLING, INC. and SCHNEIDER )
ELECTRIC USA, INC., ) Case No: 19 L 44
)
       Defendants, ) **PLEASE SERVE:**
)
and ) MORRIS MATERIAL HANDLING, INC.
) C/O National Registered Agents Inc.
CATERPILLAR, INC.; CATERPILLAR LOGISTICS INC.; ) 208 S. LaSalle St., Suite 814
KONECRANES, INC.; AVEVA SOFTWARE, LLC; and, ) Chicago, IL 60604
SCHNEIDER ELECTRIC ENGINEERING, SERVICES, )
LLC )
)
      Respondents-in-discovery. )

**SUMMONS**

To Each Defendant/Respondent:

YOU ARE HEREBY SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the Office of the Clerk of the Circuit Court for the 10th Judicial Circuit Court, Tazewell County, 342 Court Street, Pekin, IL 61554. You must file within 30 days after the service of this summons not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your circuit clerk's office.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsements of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS _____ May 20 _____, 20<u>19</u>

_____ , SW

CLERK OF THE CIRCUIT COURT      DEPUTY

Michael T. Gill
PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
mgill@pgptrials.com
We accept service at: eservice@pgptrials.com

**DATE OF SERVICE**

_____
TO BE INSERTED BY OFFICER ON COPY LEFT
WITH DEFENDANT OR OTHER PERSON

```
*0 3 1 0 5 6 5 2 *
```

DIE DATE
06/11/2019

DOC.TYPE:    LAW
CASE NUMBER:   19L44
**DEFENDANT**
MORRI MATERIAL HANDLING INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

**SERVICE INF**
C O NATION/
AGENTS INC

**ATTACHED**

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS**

| | |
|---|---|
| KYLE WILES and LI WILES,<br><br>        Plaintiffs,<br><br>    v.<br><br>MORRIS MATERIAL HANDLING, INC. and SCHNEIDER<br>ELECTRIC USA, INC.,<br><br>        Defendants,<br><br>and<br><br>CATERPILLAR, INC.; CATERPILLAR LOGISTICS INC.;<br>KONECRANES, INC.; AVEVA SOFTWARE, LLC; and,<br>SCHNEIDER ELECTRIC ENGINEERING, SERVICES,<br>LLC<br><br>        Respondents-in-discovery. | Case No: 19 L 44<br><br>**PLEASE SERVE:**<br><br>MORRIS MATERIAL HANDLING, INC.<br>C/O National Registered Agents Inc.<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**SUMMONS**

To Each Defendant/Respondent:

YOU ARE HEREBY SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the Office of the Clerk of the Circuit Court for the 10th Judicial Circuit Court, Tazewell County, 342 Court Street, Pekin, IL 61554. You must file within 30 days after the service of this summons not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your circuit clerk's office.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsements of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS _____ May 20 _____, 20 19

_____ , SW

CLERK OF THE CIRCUIT COURT     DEPUTY

**DATE OF SERVICE**

Michael T. Gill
PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
mgill@pgptrials.com
We accept service at: eservice@pgptrials.com

_____
TO BE INSERTED BY OFFICER ON COPY LEFT
WITH DEFENDANT OR OTHER PERSON

**DIE DATE**
06/11/2019

^ 0 3 1 0 5 6 5 2 ^

**DOC.TYPE:**   LAW
**CASE NUMBER:**   19L44
**DEFENDANT**
MORRI MATERIAL HANDLING INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

**SERVICE INF**
C O NATION/
AGENTS INC

**ATTACHED**

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**TAZEWELL COUNTY, ILLINOIS**

KYLE WILES and LI WILES,                                          )
                                                                 )
   Plaintiffs,                                    )
                                                                 )
  v.                                                   )
                                                                 )
MORRIS MATERIAL HANDLING, INC. and SCHNEIDER                     )
ELECTRIC USA, INC.,                                              ) Case No: 19 L 44
                                                                 )
   Defendants,                                    )
                                                                 ) **PLEASE SERVE:**
and                                                              )
                                                                 ) MORRIS MATERIAL HANDLING, INC.
CATERPILLAR, INC.; CATERPILLAR LOGISTICS INC.;                   ) C/O National Registered Agents Inc.
KONECRANES, INC.; AVEVA SOFTWARE, LLC; and,                      ) 208 S. LaSalle St., Suite 814
SCHNEIDER ELECTRIC ENGINEERING, SERVICES,                       ) Chicago, IL 60604
LLC                                                              )
                                                                 )
   Respondents-in-discovery.                      )
        **SUMMONS**

To Each Defendant/Respondent:

YOU ARE HEREBY SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the Office of the Clerk of the Circuit Court for the 10th Judicial Circuit Court, Tazewell County, 342 Court Street, Pekin, IL 61554. You must file within 30 days after the service of this summons not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your circuit clerk's office.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsements of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS _____ May 20 _____, 20 19

_____  / SW
CLERK OF THE CIRCUIT COURT   DEPUTY

Michael T. Gill
PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
mgill@pgptrials.com
We accept service at: eservice@pgptrials.com

**DATE OF SERVICE**

_____
TO BE INSERTED BY OFFICER ON COPY LEFT
WITH DEFENDANT OR OTHER PERSON

FILED
5/17/2019 3:34 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: DF

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## TAZEWELL COUNTY, ILLINOIS

KYLE WILES and LI WILES,               )
                                   )
    Plaintiffs,        )
                                   )
    v.                 )    Case No: 2019-L-000044
                                   )
MORRIS MATERIAL HANDLING,              )
INC. and SCHNEIDER ELECTRIC            )    PLAINTIFFS DEMAND TRIAL BY
USA, INC.,                             )    JURY
                                   )
    Defendants,        )
                                   )
and                                    )
                                   )
CATERPILLAR, INC.; CATERPILLAR         )
LOGISTICS, INC.; KONECRANES,           )
INC., AVEVA SOFTWARE, LLC; and         )
SCHNEIDER ELECTRIC                     )
ENGINEERING SERVICES, LLC              )
                                   )
    Respondents-in-    )
    Discovery.         )

## COMPLAINT AT LAW

Plaintiffs, Kyle and Li Wiles, complain of defendants Morris Material Handling, Inc. ("Morris") and Schneider Electric USA, Inc. ("Schneider"), and respondents-in-discovery Caterpillar, Inc., Caterpillar Logistics, Inc., Konecranes, Inc., Aveva Software, LLC and Schneider Electric Engineering Services, LLC, as follows:

## COUNT I - STRICT LIABILITY - MORRIS

1.     At all times relevant, Li Wiles was and is the lawfully wedded wife of Kyle Wiles.

1

2.     On and before November 1, 2017, Kyle Wiles worked as an electrician at 500 N. Morton Avenue, Morton, Illinois ("Morton Facility").

3.     At all times relevant, there was in operation at the Morton Facility an automated material handling system that included automated cranes and other components.

4.     Defendant designed, manufactured, distributed, marketed, sold, programmed and maintained the automated material handling system that included automated cranes and other components that was in use at the Morton Facility on November 1, 2017.

5.     On November 1, 2017, Kyle Wiles responded to an automatic crane fault in System 77 while working at the Morton Facility.

6.     At that time and place, Kyle Wiles entered the automated crane aisle to check the faulted crane.

7.     While Kyle Wiles was in the automated crane aisle, the crane moved and struck and pinched him against a structure.

8.     At all times relevant, the automated material handling system that included automated cranes and other components was in an unreasonably dangerous condition in that it did not include safety features or characteristics to prevent the automated crane from moving and striking someone in the automated crane aisle.

9.     As a proximate result of the unreasonably dangerous condition of the automated material handling system, Kyle Wiles suffered injuries of a personal and pecuniary nature.

2

10. As a further proximate result of the unreasonably dangerous condition of the automated material handling system and of the injuries sustained by Kyle Wiles, Li Wiles suffered injuries of a personal and pecuniary nature.

WHEREFORE, plaintiffs demand judgment against Morris for a sum in excess of the jurisdictional minimums of the Circuit Court of Tazewell County.

## COUNT II - STRICT LIABILITY - SCHNEIDER

1. At all times relevant, Li Wiles was and is the lawfully wedded wife of Kyle Wiles.

2. On and before November 1, 2017, Kyle Wiles worked as an electrician at 500 N. Morton Avenue, Morton, Illinois ("Morton Facility").

3. At all times relevant, there was in operation at the Morton Facility an automated material handling system that included automated cranes and other components.

4. Defendant designed, manufactured, distributed, marketed, sold, programmed and maintained the automated material handling system that included automated cranes and other components that was in use at the Morton Facility on November 1, 2017.

5. On November 1, 2017, Kyle Wiles responded to an automatic crane fault in System 77 while working at the Morton Facility.

6. At that time and place, Kyle Wiles entered the automated crane aisle to check the faulted crane.

3

7.     While Kyle Wiles was in the automated crane aisle, the crane moved and struck and pinched him against a structure.

8.     At all times relevant, the automated material handling system that included automated cranes and other components was in an unreasonably dangerous condition in that it did not include safety features or characteristics to prevent the automated crane from moving and striking someone in the automated crane aisle.

9.     As a proximate result of the unreasonably dangerous condition of the automated material handling system, Kyle Wiles suffered injuries of a personal and pecuniary nature.

10.    As a further proximate result of the unreasonably dangerous condition of the automated material handling system and of the injuries sustained by Kyle Wiles, Li Wiles suffered injuries of a personal and pecuniary nature.

WHEREFORE, plaintiffs demand judgment against Schneider for a sum in excess of the jurisdictional minimums of the Circuit Court of Tazewell County.

**COUNT III – NEGLIGENCE - MORRIS**

1.     At all times relevant, Li Wiles was and is the lawfully wedded wife of Kyle Wiles.

2.     On and before November 1, 2017, Kyle Wiles worked as an electrician at 500 N. Morton Avenue, Morton, Illinois ("Morton Facility").

4

3.     At all times relevant, there was in operation at the Morton Facility an automated material handling system that included automated cranes and other components.

4.     Defendant designed, manufactured, distributed, marketed, sold, programmed and maintained the automated material handling system that included automated cranes and other components that was in use at the Morton Facility on November 1, 2017.

5.     On November 1, 2017, Kyle Wiles responded to an automatic crane fault in System 77 while working at the Morton Facility.

6.     At that time and place, Kyle Wiles entered the automated crane aisle to check the faulted crane.

7.     While Kyle Wiles was in the automated crane aisle, the crane moved and struck and pinched him against a structure.

8.     On and before November 1, 2017, defendant was negligent in that:

   a.     it designed, manufactured, distributed, marketed, sold, programmed and/or maintained the automated material handling system without adequate safety devices to protect reasonably foreseeable users at the Morton Facility; or

   b.     its designed, manufactured, distributed, marketed, sold, programmed and/or maintained the automated material handling system which failed to protect reasonably foreseeable workers at the Morton Facility; or

   c.     it designed, manufactured, distributed, marketed, sold, programmed and/or maintained the automated material handling system in such that it was able to strike Kyle Wiles and pinch him against a structure.

9.     As a proximate result of defendant's negligence, Kyle Wiles suffered injuries of a personal and pecuniary nature.

5

10.     As a further proximate result of defendant's negligence and of the injuries sustained by Kyle Wiles, Li Wiles suffered injuries of a personal and pecuniary nature.

WHEREFORE, plaintiffs demand judgment against Morris for a sum in excess of the jurisdictional minimums of the Circuit Court of Tazewell County.

## COUNT IV – NEGLIGENCE - SCHNEIDER

1.     At all times relevant, Li Wiles was and is the lawfully wedded wife of Kyle Wiles.

2.     On and before November 1, 2017, Kyle Wiles worked as an electrician at 500 N. Morton Avenue, Morton, Illinois ("Morton Facility").

3.     At all times relevant, there was in operation at the Morton Facility an automated material handling system that included automated cranes and other components.

4.     Defendant designed, manufactured, distributed, marketed, sold, programmed and maintained the automated material handling system that included automated cranes and other components that was in use at the Morton Facility on November 1, 2017.

5.     On November 1, 2017, Kyle Wiles responded to an automatic crane fault in System 77 while working at the Morton Facility.

5.     At that time and place, Kyle Wiles entered the automated crane aisle to check the faulted crane.

6.     While Kyle Wiles was in the automated crane aisle, the crane moved and struck and pinched him against a structure.

6

7.    On and before November 1, 2017, defendant was negligent in that:

   a.    it designed, manufactured, distributed, marketed, sold, programmed and/or maintained the automated material handling system without adequate safety devices to protect reasonably foreseeable users at the Morton Facility; or

   b.    its designed, manufactured, distributed, marketed, sold, programmed and/or maintained the automated material handling system which failed to protect reasonably foreseeable workers at the Morton Facility; or

   c.    it designed, manufactured, distributed, marketed, sold, programmed and/or maintained the automated material handling system in such that it was able to strike Kyle Wiles and pinch him against a structure.

8.    As a proximate result of defendant's negligence, Kyle Wiles suffered injuries of a personal and pecuniary nature.

9.    As a further proximate result of defendant's negligence and of the injuries sustained by Kyle Wiles, Li Wiles suffered injuries of a personal and pecuniary nature.

WHEREFORE, plaintiffs demand judgment against Schneider for a sum in excess of the jurisdictional minimums of the Circuit Court of Tazewell County.

## Count V – RESPONDENTS-IN-DISCOVERY

Plaintiffs herein designates as respondents in discovery the following individuals and entities whom plaintiffs believe have information essential to the determination of who should properly be named as additional defendants in this action, pursuant to 735 ILCS 5/2-402: Caterpillar, Inc., Caterpillar Logistics, Inc., Konecranes, Inc., Aveva Software, LLC and Schneider Electric Engineering Services, LLC.

Respectfully submitted,

/s/ Michael T. Gill

PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
We accept service at: eservice@pgptrials.com

8

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| KYLE WILES and LI WILES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| MORRIS MATERIAL HANDLING, | ) | |
| INC. and SCHNEIDER ELECTRIC | ) | PLAINTIFFS DEMAND TRIAL BY |
| USA, INC., | ) | JURY |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CATERPILLAR, INC.; CATERPILLAR | ) | |
| LOGISTICS, INC.; KONECRANES, | ) | |
| INC., AVEVA SOFTWARE, LLC; and | ) | |
| SCHNEIDER ELECTRIC | ) | |
| ENGINEERING SERVICES, LLC | ) | |
| | ) | |
| Respondents-in- | ) | |
| Discovery. | ) | |

## AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222(b)

I, Michael T. Gill, declare under penalty of perjury as follows:

I am one of the attorneys representing Plaintiffs in this litigation.

The total of money damages sought in this case does exceed $50,000.00.

Further affiant sayeth not.

_____
Michael T. Gill

SUBSCRIBED AND SWORN to before
me this 17th day of May, 2019.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SARAH FRASER
Notary Public - State of Illinois
My Commission Expires: 10/30/2020

9

FILED
5/17/2019 5:05 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: DF

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## TAZEWELL COUNTY, ILLINOIS

| | |
|---|---|
| KYLE WILES and LI WILES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 2019-L-000044 |
| | ) |
| MORRIS MATERIAL HANDLING, | ) |
| INC. and SCHNEIDER ELECTRIC | ) PLAINTIFFS DEMAND TRIAL BY |
| USA, INC., | ) JURY |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CATERPILLAR, INC.; CATERPILLAR | ) |
| LOGISTICS, INC.; KONECRANES, | ) |
| INC., AVEVA SOFTWARE, LLC; and | ) |
| SCHNEIDER ELECTRIC | ) |
| ENGINEERING SERVICES, LLC | ) |
| | ) |
| Respondents-in- | ) |
| Discovery. | ) |

## JURY DEMAND

The undersigned demands a jury trial.


/s/ Michael T. Gill
_____

PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
mgill@pgptrials.com
We accept service at: eservice@pgptrials.com

1

# Case Information

2019-L-000044 | Wiles, Kyle,Wiles, Li vs Morris Material Handling,
Inc.,Schneider Electric USA, Inc.,Caterpillar, Inc.,Caterpillar Logistics
Inc.,Konecranes, Inc.,Aveva Software, LLC,Schneider Electric Engineering
Services, LLC

Case Number
2019-L-000044

Court
Circuit Court

File Date
05/17/2019

Case Type
L - Tort- Money
Damages (over
$50,000.00)

Case Status
Filed

# Party

Plaintiff
Wiles, Kyle

Inactive Attorneys ▾
Lead Attorney
Gill, Michael T
Retained

Plaintiff
Wiles, Li

Inactive Attorneys ▾
Lead Attorney
Gill, Michael T
Retained

Defendant
Morris Material Handling, Inc.

Defendant
Schneider Electric USA, Inc.

Defendant
Caterpillar, Inc.

Defendant
Caterpillar Logistics Inc.

Defendant
Konecranes, Inc.

Defendant
Aveva Software, LLC

Defendant
Schneider Electric Engineering Services, LLC

## Events and Hearings

05/17/2019 Complaint Filed ▼

Comment
Complaint at Law

05/17/2019 Jury Demand ▼

Comment
Jury Demand

05/20/2019 Summons ▼

Comment
Summons - Aveva Software, LLC

05/20/2019 Summons ▼

Comment
Summons - Caterpillar Logistics Inc.

05/20/2019 Summons ▼

Comment
Summons - Caterpillar, Inc.

05/20/2019 Summons ▼

Comment
Summons - Konecranes, Inc.

05/20/2019 Summons ▼

Comment
Summons - Schneider Electric Engineering Services, LLC

05/20/2019 Summons ▼

Comment
Summons - Schneider Electric USA, Inc.

05/20/2019 Summons ▼

Comment
Summons - Morris Material Handling, Inc.

## Financial

Wiles, Kyle

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $476.50 |
| Total Payments and Credits | | | | $476.50 |
| 5/17/2019 | Transaction Assessment | | | $476.50 |
| 5/17/2019 | E-File Payment | Receipt # 2019-02350 | Wiles, Kyle | ($476.50) |